# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cornish, Tom R. | U.S. Bankruptcy Court, ED OK | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

P.O. Box 637
Okmulgee, OK 74447

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President/Owner | TRC Energy Company |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1977 | Oklahoma Employees Deferred Comp. Plan (Retirement Plan) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEP, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 2. (a) US Bank National Association | A | Interest | J | T | | | | | |
| 3. (b) Davis NY Venture FD Cl A | D | Dividend | K | T | | | | | |
| 4. (c) Federated Kaufmann Instl CL | C | Dividend | K | T | Sold (part) | 10/09/18 | J | A | |
| 5. | | | | | | | | | |
| 6. TOD, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 7. (a) US Bank National Association | A | Interest | J | T | | | | | |
| 8. (b) Blackrock Strategic Income Opptys Instl Cl | A | Dividend | J | T | | | | | |
| 9. (c) MFS Value Cl I | A | Dividend | J | T | | | | | |
| 10. (d) Prudential Short Term Corp Bond Cl A | A | Dividend | J | T | | | | | |
| 11. (e) iShares 1-3 Year Treasury Bond ETF | A | Dividend | K | T | | | | | |
| 12. (f) iShares Core US Aggregate Bond ETF | B | Dividend | L | T | Sold (part) | 04/03/18 | L | A | |
| 13. (g) Hartford World Bond Cl I | B | Dividend | K | T | | | | | |
| 14. (h) Europacific Growth Cl F2 | A | Dividend | J | T | | | | | |
| 15. (i) Growth Fund of America Cl F2 | B | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Retirement Acct, LPL Financial, Oklahoma City, OK: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (a) US Bank National Association | A | Interest | J | T | | | | | |
| 19. (b) KBS Real Estate Invt TR III Inc | B | Dividend | K | T | | | | | |
| 20. (c) Industrial PPTY TR Inc | B | Dividend | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. TRC Energy Company, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 23. (a) Oppenheimer Strategic Inc Fund CL A | A | Dividend | J | T | | | | | |
| 24. (b) Hartford World Bond Cl I | A | Dividend | K | T | | | | | |
| 25. (c) iShares Core MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 26. (d) iShares 1-3 Year Treasury Bond ETF | A | Dividend | K | T | | | | | |
| 27. (e) iShares Core US Aggragate Bond ETF | C | Dividend | M | T | | | | | |
| 28. (f) Loomis Sayles Senior Floating Rate & Fixed INcome Cl Y | B | Dividend | K | T | | | | | |
| 29. (g) Vanguard Total Stock Market ETF | B | Dividend | L | T | | | | | |
| 30. (h) Barclays Bank Delaware | A | Interest | | | Closed | 11/30/18 | M | | |
| 31. (i) Citibank NA | A | Interest | M | T | Open | 11/30/18 | M | | |
| 32. | | | | | | | | | |
| 33. Retirement Acct, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 34. (a) Western Asset Global Strategic Inc CL A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (b) Oppenheimer Global Strategic Income CL A | A | Dividend | J | T | | | | | |
| 36. (c) Davis NY Venture Cl Y | E | Dividend | L | T | Sold (part) | 10/09/18 | J | A | |
| 37. (d) Franklin Mutual Global Discovery Cl Z | A | Dividend | J | T | | | | | |
| 38. (e) US Bank National Association | A | Interest | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. Oklahoma Empl. Deferred Comp. Plan, Oklahoma City, OK: | | | | | | | | | |
| 41. (a) SoonerSave Stable Value Fund | | None | N | T | Distributed (part) | 01/05/18 | M | | |
| 42. | | | | | Distributed (part) | 01/12/18 | J | | |
| 43. | | | | | Distributed (part) | 02/12/18 | J | | |
| 44. | | | | | Distributed (part) | 03/12/18 | J | | |
| 45. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 46. | | | | | Distributed (part) | 04/10/18 | J | | |
| 47. | | | | | Buy (add'l) | 04/30/18 | M | | |
| 48. | | | | | Distributed (part) | 05/10/18 | J | | |
| 49. | | | | | Distributed (part) | 06/11/18 | J | | |
| 50. | | | | | Distributed (part) | 07/10/18 | J | | |
| 51. | | | | | Distributed (part) | 08/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Distributed (part) | 09/10/18 | J | | |
| 53. | | | | | Distributed (part) | 09/13/18 | K | | |
| 54. | | | | | Distributed (part) | 10/10/18 | J | | |
| 55. | | | | | Distributed (part) | 11/12/18 | J | | |
| 56. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 57. | | | | | Distributed (part) | 12/10/18 | J | | |
| 58. (b) iShares S & P 500 Stock | | None | | | Distributed | 01/05/18 | L | | |
| 59. (c) T. Rowe Price Blue Chip Growth Fund | B | Dividend | K | T | Buy (add'l) | 01/05/18 | K | | |
| 60. | | | | | Distributed (part) | 01/12/18 | J | | |
| 61. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 62. | | | | | Distributed (part) | 02/12/18 | J | | |
| 63. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 64. | | | | | Distributed (part) | 03/12/18 | J | | |
| 65. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 66. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 67. | | | | | Distributed (part) | 04/10/18 | J | | |
| 68. | | | | | Buy (add'l) | 04/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Distributed (part) | 04/30/18 | J | | |
| 70. | | | | | Distributed (part) | 05/10/18 | J | | |
| 71. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 72. | | | | | Distributed (part) | 06/11/18 | J | | |
| 73. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 74. | | | | | Distributed (part) | 07/10/18 | J | | |
| 75. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 76. | | | | | Distributed (part) | 08/10/18 | J | | |
| 77. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 78. | | | | | Distributed (part) | 09/10/18 | J | | |
| 79. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 80. | | | | | Distributed (part) | 09/13/18 | J | | |
| 81. | | | | | Distributed (part) | 10/10/18 | J | | |
| 82. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 83. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 84. | | | | | Distributed (part) | 11/12/18 | J | | |
| 85. | | | | | Buy (add'l) | 11/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Distributed (part) | 12/10/18 | J | | |
| 87. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 88. (d) Vanguard Target Retirement 2020 Inv | | None | | | Buy (add'l) | 01/05/18 | K | | |
| 89. | | | | | Distributed (part) | 01/12/18 | J | | |
| 90. | | | | | Distributed (part) | 02/12/18 | J | | |
| 91. | | | | | Distributed (part) | 03/12/18 | J | | |
| 92. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 93. | | | | | Distributed (part) | 04/10/18 | J | | |
| 94. | | | | | Distributed | 04/30/18 | K | | |
| 95. (e) Vanguard Target Retirement 2040 Inv | | None | | | Distributed | 01/05/18 | J | | |
| 96. (f) T.Rowe Price Instl High Yield | A | Dividend | J | T | Distributed (part) | 01/05/18 | J | | |
| 97. | | | | | Distributed (part) | 09/13/18 | J | | |
| 98. (g) Vanguard Balanced Index Fund-Admiral | A | Dividend | | | Buy (add'l) | 01/05/18 | K | | |
| 99. | | | | | Distributed (part) | 01/12/18 | J | | |
| 100. | | | | | Distributed (part) | 02/12/18 | J | | |
| 101. | | | | | Distributed (part) | 03/12/18 | J | | |
| 102. | | | | | Buy (add'l) | 03/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Distributed (part) | 04/10/18 | J | | |
| 104. | | | | | Distributed | 04/30/18 | K | | |
| 105.   (h) Columbia Acorn Instl | | None | | | Buy | 01/05/18 | K | | |
| 106. | | | | | Distributed (part) | 01/12/18 | J | | |
| 107. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 108. | | | | | Distributed (part) | 02/12/18 | J | | |
| 109. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 110. | | | | | Distributed (part) | 03/12/18 | J | | |
| 111. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 112. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 113. | | | | | Distributed (part) | 04/10/18 | J | | |
| 114. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 115. | | | | | Distributed | 04/30/18 | K | | |
| 116.   (i) Vanguard Target Retirement 2030 Inv | | None | | | Buy | 01/05/18 | K | | |
| 117. | | | | | Distributed (part) | 01/12/18 | J | | |
| 118. | | | | | Distributed (part) | 02/12/18 | J | | |
| 119. | | | | | Distributed (part) | 03/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 121. | | | | | Distributed (part) | 04/10/18 | J | | |
| 122. | | | | | Distributed | 04/30/18 | K | | |
| 123. (j) Janus Henderson Small Cap Value N | C | Dividend | K | T | Buy | 01/05/18 | K | | |
| 124. | | | | | Distributed (part) | 01/12/18 | J | | |
| 125. | | | | | Distributed (part) | 02/12/18 | J | | |
| 126. | | | | | Distributed (part) | 03/12/18 | J | | |
| 127. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 128. | | | | | Distributed (part) | 04/10/18 | J | | |
| 129. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 130. | | | | | Distributed (part) | 05/10/18 | J | | |
| 131. | | | | | Distributed (part) | 06/11/18 | J | | |
| 132. | | | | | Distributed (part) | 07/10/18 | J | | |
| 133. | | | | | Distributed (part) | 08/10/18 | J | | |
| 134. | | | | | Distributed (part) | 09/10/18 | J | | |
| 135. | | | | | Distributed (part) | 09/13/18 | J | | |
| 136. | | | | | Distributed (part) | 10/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 138. | | | | | Distributed (part) | 11/12/18 | J | | |
| 139. | | | | | Distributed (part) | 12/10/18 | J | | |
| 140. | | | | | | | | | |
| 141. Common Stock Minerals - TRC Energy Co., Inc (100% Owner) | E | Royalty | N | T | | | | | See note in Part VIII |
| 142. NYLIAC Variable Universal Life, New York Life Ins. Co. | | None | J | W | | | | | |
| 143. BerenCorp, Alex 1-1, Pittsburg Co., OK Mineral Royalty | | None | J | W | | | | | |
| 144. Newfield Expl. Inc, Newberry 11-2, Atoka Co, OK Mineral Work | A | Royalty | J | W | | | | | |
| 145. BP America, Wilkinson #1, Pittsburg Co, OK Mineral Int | A | Royalty | J | W | | | | | |
| 146. BP America, Ellis 1-8, Pittsburg Co, OK Mineral Royalty | | None | J | W | | | | | |
| 147. Briar Oil & Gas LLC, Holloway 1-24, Pittsburg Co, OK Mineral Interest | A | Royalty | J | W | | | | | |
| 148. BP America, Lesli 1-24, Pittsburg Co, OK Min Int | A | Royalty | J | W | | | | | |
| 149. Billy Jack Sharper Oper, West 1-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 150. Billy Jack Sharper Oper, West 2-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 151. Billy Jack Sharper Oper, West 3-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 152. USG Energy Gas Producer, White 1-25, Pittsburg Co, OK Min Int | | None | J | W | | | | | |
| 153. USG Energy Gas Producer, Mr Bryan 1-25, Pittsburg Co OK Min | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. USG Energy Gas Producer, Thomas 1-25, Pittsburg Co OK, Min Int | A | Royalty | J | W | | | | | |
| 155. USG Energy Gas Producer, Riley 1-25, Pittsburg Co OK, Min Int | | None | J | W | | | | | |
| 156. Mustang Fuel Corporation, Simmons 1-8, Pittsburg Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 157. Derrick Resources, Inc, West 1-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 158. Vanguard Natural Gas LLC, Bass 26-1H, Pittsburg Co, OK Min | A | Royalty | J | W | | | | | |
| 159. First Family Federal Credit Union | A | Interest | J | T | | | | | |
| 160. First National Bank & Trust Co. of McAlester | | None | K | T | | | | | |
| 161. MetLife Policyholder | A | Dividend | J | T | | | | | |
| 162. | | | | | | | | | |
| 163. J.P Morgan, Investment Account | | | | | | | | | |
| 164. (a) American Investment Co of America | B | Dividend | L | T | Buy (add'l) | 12/20/18 | J | | |
| 165. (b) AT&T Inc | A | Dividend | J | T | | | | | |
| 166. (c) Exxon Mobil Corp | B | Dividend | K | T | | | | | |
| 167. (d) JPMorgan Chase & Co | A | Dividend | K | T | | | | | |
| 168. (e) McDonald's Corp | A | Dividend | K | T | | | | | |
| 169. (f) Microsoft Corp | A | Dividend | J | T | | | | | |
| 170. (g) Wal-Mart Stores Inc | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. (h) Cash account | A | Interest | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. J.P. Morgan, TOD | | | | | | | | | |
| 174. (a) Fidelity 500 Index | A | Dividend | K | T | Buy | 02/09/18 | J | | |
| 175. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 176. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 177. | | | | | Buy (add'l) | 11/02/18 | K | | |
| 178. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 179. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 180. (b) Hartford Capital Apprec Fd Cl F | D | Dividend | L | T | Sold (part) | 01/11/18 | J | A | |
| 181. | | | | | Sold (part) | 10/16/18 | K | A | |
| 182. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 183. (c) JPMorgan Tax Awr Eqty-I | A | Dividend | J | T | Sold (part) | 01/11/18 | K | D | |
| 184. | | | | | Sold (part) | 10/16/18 | J | D | |
| 185. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 186. (d) JPMorgan US L/C Core Pl-R6 | | None | | | Sold | 01/11/18 | J | D | |
| 187. (e) Neuberger Ber Mu/C Opp-Ins | C | Dividend | K | T | Buy (add'l) | 12/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. (f) Six Circles U.S Unconstrained | A | Dividend | K | T | Buy | 10/16/18 | L | | |
| 189. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 190. (g) SPDR S&P 500 ETF Trust | D | Dividend | N | T | Buy (add'l) | 12/28/18 | K | | |
| 191. (h) Artisan International Fund | C | Dividend | K | T | Sold (part) | 10/16/18 | K | D | |
| 192. | | | | | Buy (add'l) | 11/21/18 | J | | |
| 193. (i) Hartford Int'l Val Fd - Cl F | C | Dividend | L | T | Sold (part) | 10/16/18 | K | A | |
| 194. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 195. (j) iShares MSCI EAFE Index Fund | C | Dividend | L | T | Sold (part) | 10/16/18 | K | A | |
| 196. (k) JPMorgan Betabuilders Canada ETF | A | Dividend | K | T | Buy | 10/16/18 | K | | |
| 197. (l) Six Circles International | A | Dividend | K | T | Buy | 10/16/18 | K | | |
| 198. (m) iShares Core MSCI Europe | A | Dividend | K | T | Sold (part) | 06/08/18 | K | B | |
| 199. (n) iShares Inc MSCI Japan New | A | Dividend | K | T | Buy (add'l) | 01/05/18 | K | | |
| 200. (o) JPMorgan Gl Res Enh IDX-R6 | D | Dividend | K | T | Sold (part) | 01/08/18 | K | D | |
| 201. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 202. (p) Cash account | B | Interest | L | T | | | | | |
| 203. (q) Six Circles Tax Aware Ultra Short | A | Dividend | L | T | Buy | 10/16/18 | L | | |
| 204. (r) iShares Barclays 1-3 Year Treasury Bond Fund | A | Dividend | K | T | Buy | 12/14/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 12/14/18 | K | | |
| 206. | | | | | Sold (part) | 12/28/18 | K | A | |
| 207. (s) Dodge & Cox Income Fd | B | Dividend | L | T | Sold (part) | 01/05/18 | K | A | |
| 208. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 209. | | | | | Sold (part) | 12/14/18 | K | A | |
| 210. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 211. (t) JPM Unconstrained Debt-R6 | B | Dividend | K | T | Sold (part) | 12/14/18 | K | A | |
| 212. (u) JPMorgan Interm T/F Bnd-R6 | D | Dividend | O | T | Buy (add'l) | 01/05/18 | L | | |
| 213. | | | | | Buy (add'l) | 03/15/18 | L | | |
| 214. (v) JPM Shrt-Int Muni Bnd-I | C | Dividend | M | T | Buy (add'l) | 01/26/18 | L | | |
| 215. (w) JPMorgan Tax Awr R/R-R6 | B | Dividend | K | T | Sold (part) | 01/05/18 | J | A | |
| 216. | | | | | Sold (part) | 03/15/18 | L | A | |
| 217. (x) Doubleline Totl Ret Bnd-I | C | Dividend | L | T | Sold (part) | 01/05/18 | K | A | |
| 218. (y) PIMCO Fd Pac Inv Mgmt Series | C | Dividend | L | T | Sold (part) | 01/05/18 | K | B | |
| 219. | | | | | Sold (part) | 02/16/18 | K | B | |
| 220. (z) PIMCO Income Fd-Ins | C | Dividend | L | T | Buy | 01/05/18 | L | | |
| 221. (aa) Blackrock National Muni-Br | D | Dividend | M | T | Sold (part) | 01/05/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 223. (bb ) American Funds T/E Bond Fund AM-F3 | D | Dividend | M | T | Buy | 01/11/18 | M | | |
| 224. (cc) Payden & Rygel Investment Group | A | Dividend | L | T | Buy | 11/29/18 | L | | |
| 225. (dd) Goldman Sachs Emrg Mkt Dbt-I | B | Dividend | | | Buy (add'l) | 11/02/18 | J | | |
| 226. | | | | | Sold | 11/29/18 | L | A | |
| 227. (ee) John Hancock Inc Fd-R6 | A | Dividend | | | Sold (part) | 01/26/18 | K | A | |
| 228. | | | | | Sold | 03/15/18 | K | A | |
| 229. (ff) PIMCO Short-Term Fund | | None | | | Buy | 01/05/18 | K | | |
| 230. | | | | | Sold (part) | 02/09/18 | J | A | |
| 231. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 232. | | | | | Buy (add'l) | 06/11/18 | K | | |
| 233. | | | | | Sold | 10/16/18 | L | A | |
| 234. | | | | | | | | | |
| 235. J.P. Morgan, IRA | | | | | | | | | |
| 236. (a) Fidelity 500 Index FD-Ai | B | Dividend | L | T | Buy (add'l) | 12/28/18 | J | | |
| 237. (b) John Hancock Lrf CP Core - R6 | | None | | | Sold | 01/05/18 | J | A | |
| 238. (c) Touchstone Large Cap-Inst | | None | | | Sold | 01/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. (d) Dodge & Cox Intl Stock Fd | | None | | | Sold | 01/05/18 | J | A | |
| 240. (e) Ishares MSCI Eafe Intl Index Fd Cl K | A | Dividend | J | T | | | | | |
| 241. (f) MFS Intl Value-R6 | A | Dividend | J | T | | | | | |
| 242. (g) T Rowe Pr Overseas Stock-I | A | Dividend | J | T | | | | | |
| 243. (h) Brown Adv Japan Alpha Opp-IS | | None | | | Sold | 01/05/18 | J | A | |
| 244. (i) JPMorgan Gl Res Enh Idx-R6 | | None | | | Sold | 01/05/18 | J | A | |
| 245. (j) Cash account | A | Interest | J | T | | | | | |
| 246. (k) Harbor High Yield Bond-Inst | A | Dividend | J | T | | | | | |
| 247. (l) Dodge & Cox Income Fd | A | Dividend | J | T | Sold<br>(part) | 12/14/18 | J | A | |
| 248. (m) JPM Unconstrained Debt-R6 | A | Dividend | J | T | Sold<br>(part) | 12/14/18 | J | A | |
| 249. (n) JPMorgan Inflatn Mgd Bnd-R6 | | None | | | Sold | 01/05/18 | J | A | |
| 250. (o) Metropolitan West T/R Bd-Pln | A | Dividend | J | T | Sold<br>(part) | 12/14/18 | J | A | |
| 251. (p) Vanguard Total Bond Market Index | B | Dividend | K | T | | | | | |
| 252. (q) Lord Abbett Shrt Dr Inc-F3 | | None | | | Sold | 01/05/18 | J | A | |
| 253. (r) Vanguard Total Intl Bnd-Adm | A | Dividend | K | T | | | | | |
| 254. (s) T Rowe Pr Emerg Mkts Bnd-I | | None | | | Sold | 01/05/18 | J | A | |
| 255. (t) Six Circles U.S. Unconstrained | A | Dividend | K | T | Buy | 01/05/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. (u) JPMorgan Betabuilders Canada | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 257. (v) Six Circles International | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 258. (w) JPMorgan Betabuilders Europe | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 259. (x) JPMorgan Betabuilders Japan | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 260. (y) JPMorgan Betabuilders Developed Asia | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 261. (z) Six Circles Ultra Short Duration Fund | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 262. (aa) Schwab U.S. Tips ETF | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 263. (bb) Vanguard Short-Term Bond | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 264. | | | | | Sold (part) | 12/28/18 | J | A | |
| 265. (cc) PIMCO Investment Grade Corporate Bond Fund | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 266. (dd) PIMCO Income FD-INS | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 267. (ee) MFS Emerging Markets Debt Fund R6 | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 268. | | | | | | | | | |
| 269. American Funds retirement plan | | | O | T | | | | | |
| 270. Sentinel Investments, common stock | | None | | | | | | | See Note in Part VIII |
| 271. Baxter International, Inc., common stock | A | Dividend | J | T | | | | | |
| 272. Edwards Lifesciences Corporation, Inc., common stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Southern Company, common stock | A | Dividend | J | T | | | | | |
| 274. Shire PLC, common stock | A | Dividend | J | W | | | | | |
| 275. Touchstone Investments, common stock | B | Dividend | J | T | | | | | See Note in Part VIII |
| 276. Apache Corporation, Allen Ranch #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | |
| 277. Territory Resources, LLC, Hinton 1, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 278. Eagle Oil & Gas Co., Nichols Hills 1-5, Oklahoma Co, OK Min Int | | None | J | W | | | | | |
| 279. Gulfport Midcon LLC,Boartwright 2, Grady Co, OK Min Int | A | Royalty | J | W | | | | | |
| 280. Camino Natural Resources, LLC, Drummond, S.A., Grady Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 281. New Dominion, LLC, Speer #1-20H, Seminole Co, OK Min Int | A | Royalty | J | W | | | | | |
| 282. New Dominion, LLC, Alexander, Seminole Co, OK Min Int | A | Royalty | J | W | | | | | |
| 283. New Dominion, LLC, CREECH #1-36, Seminole Co, OK Min Int | A | Royalty | J | W | | | | | |
| 284. New Dominion, LLC, Marin 1-36, Seminole Co, OK Min Int | A | Royalty | J | W | | | | | |
| 285. Red Rocks Energy, Brown #1, Grady Co, OK Min Int (X) | B | Royalty | J | W | | | | | |
| 286. Scissortail Energy LLC, Rainwater, Seminole Co, OK Min Int | A | Royalty | J | W | | | | | |
| 287. Sheridan Production, Troini A, Grady Co, OK Min Int | A | Royalty | J | W | | | | | |
| 288. Silver Creek, Space Needle 17-2H, Hughes Co, OK Min Int | B | Royalty | J | W | | | | | |
| 289. Sunoco Partners, Ward #1, Pottawatomie Co, OK Min Int | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Sunoco Partners, NW Butner Senora, Seminole Co, OK Min Int | A | Royalty | J | W | | | | | |
| 291. Sunoco Partners, Sand Creak Earlsboro, Seminole Co, OK Min Int | A | Royalty | J | W | | | | | |
| 292. Zarvona Energy, LLC, Weber #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 293. Zarvona Energy, LLC, Anita Sue #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 294. Zarvona Energy, LLC, Allen Ranch #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 295. Zarvona Energy, LLC, Eugene #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 296. Zarvona Energy, LLC, Irene #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 297. Zarvona Energy, LLC, Carolyn #2-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 298. Vitruvian II Woodford, IRA Boatwright 2, Grady Co, OK Min Int | | None | J | W | | | | | |
| 299. USG Energy, Sadie 1, Hughes Co, OK Min Int | D | Royalty | J | W | | | | | |
| 300. USG Energy, Sadie 2, Hughes Co, OK Min Int | D | Royalty | J | W | | | | | |
| 301. USG Energy, Sadie 3, Hughes Co, OK Min Int | D | Royalty | J | W | | | | | |
| 302. USG Energy, Sadie 4, Hughes Co, OK Min Int | D | Royalty | J | W | | | | | |
| 303. USG Energy, Sadie 5, Hughes Co, OK Min Int | D | Royalty | J | W | | | | | |
| 304. Mineral Interest, Hughes Co, OK | | None | J | W | | | | | |
| 305. Mineral Interest, 2.0 acres Seminole Co, OK | | None | J | W | | | | | |
| 306. Mineral Interest, 1.25 acres Seminole Co, OK | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Mineral Interest, 5.0 acres Seminole Co, OK | None | | J | W | | | | | |
| 308. Mineral Interest, 0.517241 acres Seminole Co, OK | None | | J | W | | | | | |
| 309. Mineral Interest, 0.31250 acres Seminole Co, OK | None | | J | W | | | | | |
| 310. Mineral Interest, 1.33333 acres Seminole Co, OK | None | | J | W | | | | | |
| 311. Mineral Interest, 5 acres Seminole Co, OK | None | | J | W | | | | | |
| 312. Mineral Interest, 1.66667 acres Seminole Co, OK | None | | J | W | | | | | |
| 313. Mineral Interest, 1.666667 acres Seminole Co, OK | None | | J | W | | | | | |
| 314. Mineral Interest, 2.5 acres Seminole Co, OK | None | | J | W | | | | | |
| 315. Mineral Interest, 1.68708 acres Seminole Co, OK | None | | J | W | | | | | |
| 316. Mineral Interest, 1.66665 acres Seminole Co, OK | None | | J | W | | | | | |
| 317. Mineral Interest, 5.00 acres Seminole Co, OK | None | | J | W | | | | | |
| 318. Mineral Interest, 5.834 acres Seminole Co, OK | None | | J | W | | | | | |
| 319. Mineral Interest, 5.00 acres Seminole Co, OK | None | | J | W | | | | | |
| 320. Mineral Interest, 1.614348 acres Seminole Co, OK | None | | J | W | | | | | |
| 321. Mineral Interest, 4.210528 acres Seminole Co, OK | None | | J | W | | | | | |
| 322. Mineral Interest, 5.0 acres Seminole Co, OK | None | | J | W | | | | | |
| 323. Mineral Interest, 3.125 acres Seminole Co, OK | None | | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Mineral Interest, 8.020833 acres Seminole Co, OK | | None | J | W | | | | | |
| 325. Mineral Interest, 0.50 acres Seminole Co, OK | | None | J | W | | | | | |
| 326. Bank of America cash account | A | Interest | M | T | | | | | |
| 327. Banc First cash account | A | Interest | M | T | | | | | |
| 328. USAA Federal Savings Bank cash account | A | Interest | L | T | | | | | |
| 329. Banc First IOLTA Lawyer's Trust Account | | None | J | T | | | | | |
| 330. JPMorgan Chase Bank Chesking Account (X) | | None | J | T | | | | | |
| 331. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

Line 141: Royalty income is received by TRC Energy Co. from the following companies for mineral interests held in the counties listed:

ATLS Production Co., LLC, Leflore & Haskell Counties, OK
Bear Productions, Inc., Haskell County, OK
Beren Corporation, Pittsburg County, OK
BlueWater Resources, Inc., Coal County, OK; Leflore County, OK; Pittsburg County, OK
BP America Production Company, Pittsburg County, OK; Haskell County, OK; Coal County, OK
Bravo Arkoma, LLC, Haskell County, OK; Pittsburg County, OK
BRG Energy, Inc., Pittsburg County, OK
Briar Oil & Gas LLC, Haskell County, OK (X)
Brower Oil & Gas, Pittsburg County, OK
Canann Resources, LLC, Pittsburg County, OK
Continental Operating Co., Pittsburg County, OK
Continental Resources, Inc., Carter County, OK
DLKB Operating LLC, (acquired well from Rio Vista Penny, LLC) Pittsburg County, OK; McIntosh County, OK
Earlsboro Energies Corporation (wells now operated by Sloan Petroleum Service, Inc.), Pittsburg County, OK
Forge Energy, LLC, Winkler, TX
Foundation Energy Management, LLC (Wimberly well formerly operated by Bravo Arkoma), Haskell County, OK
LR Energy, Inc., Haskell County, OK
Mark L. Shidler, Inc., Pittsburg County, OK
MFP Petroleum Ltd., Partnership, Pittsburg County, OK
Mustang Fuel Corporation, Haskell County, OK: Pittsburg County, OK (X)
Newfield Exploration Mid-Continent, Inc., Pittsburg County, OK; Atoka County, OK; Coal County, OK
Redbud E & P, Inc., Leflore County, OK; Pittsburg County, OK
Sedna Energy, Inc., Haskell County, OK; Pittsburg County, OK
Sloan Petroleum Services, Inc. (wells acquired from Earlsboro Energies Corporation), Pittsburg County, OK
Stephens Production Company, Sequoyah County, OK; LeFlore County, OK
Tilford Pinson Exploration, LLC, Pittsburg County, OK
Unimark LLC, Pittsburg County, OK
USG Energy Gas Producer Holdings LLC, Pittsburg County, OK; Atoka County, OK
Vanguard Permian, LLC, Pittsburg County, OK
XOG Operating, LLC, Haskell County, OK
XTO Energy, Inc., Pittsburg County, OK; Leflore County, OK
Yale Oil Association, Inc., Pittsburg County, OK
ZZ Energy LLC, Haskell County, OK

Line 156: Well previously operated by Bravo Arkoma, LLC

Line 270: Sentinel Investments is now Touchstone Investments

Line 275: Touchstone Investments was previously Sentinel Investments

Line 277: Well previously operated by Chesapeake Operating LLC

Line 280: Well previously operated by Rebellion Energy LLC

Line 292 - 297: Wells previously operated by Tapstone Energy

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/08/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tom R. Cornish**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544